IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

v.                                    CR. NO. 16CR00692-001 (FAB)

JOSUE X. CHEVERES-MORALES

MOTION TO CONTINUE

**U.S. PROBATION OFFICER Eddebbie Cofresí** kindly requests a brief continuance of the re-sentencing hearing in this case because an updated Presentence Report must be provided to the parties and the Court prior to the hearing.

**WHEREFORE,** it is respectfully requested that the Court continue Mr. Cheveres hearing for October 31, 2019, or any date thereafter, at the convenience of the Court, and order an updated Presentence Report.

San Juan, Puerto Rico, September 26, 2019.

RESPECTFULLY SUBMITTED,

LUIS O. ENCARNACION
Chief U.S. Probation Officer

*s/ Eddebbie Cofresi*
Eddebbie Cofresi
Sup. U.S. Probation Officer
United States Probation Office
Federal Office Building
150 Chardón Avenue, Rm. 225
San Juan, P.R.  00918
Telephone: (787) 281-4994
Fax: (787) 281-4940
E-mail: eddebbie_cofresi@prp.uscourt.gov

1

2

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the parties.

San Juan, Puerto Rico, September 26, 2019.

*s/ Eddebbie Cofresi*
Eddebbie Cofresi
Sup. U.S. Probation Officer

2